# ATTACHMENT 1

## COMPLAINT FORM
(for filers who are prisoners without lawyers)

FILED/REC'D
23 MAY 18 A 10: 25
CLERK OF COURT
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

---

(Full name of plaintiff(s))

Dontrell Cherrone Oliver

vs

(Full name of defendant(s))

Kevin A. Carr, John or Jane Doe Warden, Captin younger, Sgt. Williams, C.O Soregel, any other John and Jane Doe Defendants.

Case Number:

__23 CV 335 JDP__
(to be supplied by clerk of court)

---

A.  PARTIES

   1.  Plaintiff is a citizen of __Wisconsin__, and is located at
       (State)

       __Foxlake correctional Institution__
       (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

Kevin A. Carr, John or Jane Doe warden, and other John and Jane Doe Defendants

2. Defendant Captain Younger, Sgt Williams, C.O. Soregel (Name)

is (if a person or private corporation) a citizen of Wisconsin
(State, if known)

and (if a person) resides at Oakhill Correctional Institution
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Oakhill Correctional Institution
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On the Date of March 16th 2023 at the time of approx. 6:30pm to 6:50pm I Dontrell C. Oliver was housed in the Ristrictive housing unit in the prison of Oakhill Correctional Institution on the above Date and time I was having Mental health issues which consisted of thoughts of self harm and at that time I informed C.O. Soregel of the situation and that I was feeling this way and to contact a captain to help me she responded "What can I

Attachment One (Complaint) – 2

Supposed to tell the white shirt that you are just having a mental Break Down thats not enough." I responded " yes it is enough." She then responded "I'll ask my Sgt." I then said "OK" She returned 15 to 20 mins later and said and I quote " I talked to my sgt. and he said he'll be be out at med. pass at 8:00pm * then I can talk to him." I responded "yes I need to talk to someone. Its an emergency" she then responded "I have to give this guy an accuse. check and another guy a phone call then I'll tell him." then she Did those things and left about 10 to 15 mins later the Sgt. by the name of Williams came into the hall and announced Med pass and that was around 8:30pm now he proceeded to give other guys meds then when he got to me he asked me " what Do you want?" I said "I Been having thoughts of self harm." he Responded " well I talked to the white shirt and he said he's not coming just because your having a mental Break Down so we covered our asses." Next I hung myself and woke up in the hospital after he walked off on me and ignored me. End of report

C.  JURISDICTION

    ☒  I am suing for a violation of federal law under 28 U.S.C. § 1331.
          OR

    ☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

What I would like the courts to do is accurately Disaplin the officers involved in this incident as well as compensate me me for violations of my civil rights as well a the violations of the policies and procedures to which they were to perform and Did not which resulted in me causing Serious Bodily harm which resulted in me Being hospitalized.

E.  JURY DEMAND

☐  Jury Demand – I want a jury to hear my case
           OR

☒  Court Trial – I want a judge to hear my case

Dated this  9th  day of  May  20 23 .

Respectfully Submitted,

_Pentrell C____
Signature of Plaintiff

511167
Plaintiff's Prisoner ID Number

Foxlake correctional Institution

P.O. Box 200 Fox lake, WI 53933
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5