IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONTRELL CHERRENE OLIVER,

    Plaintiff,

  v.

KEVIN A. CARR, CAPTAIN YOUNGER, SGT. WILLIAMS, and C.O. SOREGEL, ,

    Defendants.

Case No. 23-cv-335-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Kevin A. Carr, Captain Younger, Sgt. Williams, and C.O. Soregel against plaintiff Dontrell Cherrene Oliver dismissing this case without prejudice.

s/ Deputy Clerk
Joel Turner, Clerk of Court

7/15/2024
Date